# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN CHAPMAN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GOHEALTH, LLC, and NATIVE MEDIA LLC<br><br>    Defendants. | CIVIL ACTION FILE NO. 1:21-cv-06657<br><br><br><br>**Honorable Jorge L. Alonso** |

## PLAINTIFF'S NOTICE OF DISMISSAL

The plaintiff files Notice of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    PLAINTIFF,
    By his attorneys,

    **/s/ *Anthony I. Paronich***
    Anthony I. Paronich
    Paronich Law, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    (508) 221-1510
    anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

    **/s/ *Anthony I. Paronich***
    Anthony I. Paronich